UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIALYSIS CLINIC, INC.,

                Plaintiff,

-against-

EMPIRE HEALTHCHOICE ASSURANCE,
INC. d/b/a EMPIRE BLUECROSS BLUESHIELD,
EMPIRE HEALTHCHOICE HMO, INC.,
and STATEN ISLAND UNIVERSITY HOSPITAL,

                Defendants.

**STIPULATION OF DISMISSAL**

Civil Case No. 1:18-cv-06111

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is dismissed by the plaintiffs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 30, 2022

FOLEY & LARDNER, LLP

By: *s/ Rachel E. Kramer*
    Rachel E. Kramer
*Attorneys for Defendants, Empire Healthchoice Assurance, Inc. d/b/a Empire BlueCross BlueShield, and Empire Healthchoice HMO, Inc.*
90 Park Avenue
New York, NY  10016
DATED: March 30, 2022

DATED: March 30, 2022

BARCLAY DAMON LLP

By:  *s/ Michael J. Murphy*
    Michael J. Murphy
    *Attorneys for Plaintiff*
80 State Street
Albany, NY 12207

TIBBETTS KEATING & BUTLER, LLC

By: *s/ Thomas Noonan*
    Thomas Noonan
*Attorneys for Defendant, Staten Island University Hospital*
43 Corbin Drive
Darien, CT  06820

The application is ✓ granted.
SO ORDERED,

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: March 30, 2022
Brooklyn, New York